129 P.3d 1196

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Tavares....................................... 25989    02/07/2006    Reversed & remanded
Yasumura v. Yasumura ............................. 27000    02/17/2006    Affirmed
State v. Vincent...................................... 26255    02/27/2006    Affirmed